173 So.2d 541

**Delbert HOPE**

v.

**SOUTH TEXAS LLOYDS.**

No. 47695.

April 15, 1965.

In re: South Texas Lloyds applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 171 So.2d 837.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

173 So.2d 542

**Earl NORMAND et al.**

v.

**AMERICAN HOME ASSURANCE COMPANY.**

No. 47702.

April 15, 1965.

In re: American Home Assurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 171 So.2d 804.

Writ refused. On the facts found by the Court of Appeals there appears no error of law in its judgment.

173 So.2d 542

**Thomas H. GATES**

v.

**ASHY CONSTRUCTION COMPANY, Inc.**

No. 47704.

April 15, 1965.

In re: Ashy Construction Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 171 So.2d 742.

Writ refused. On the facts found by the Court of Appeal, we cannot say that the conclusion it has reached is incorrect.